■ JEANETTE HAIMES, as Administratrix of the Estate of EDWARD HAIMES, Deceased, Appellant, v NEW YORK TELEPHONE COMPANY, Respondent.—Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Did the Trial Term err as a matter of law in dismissing plaintiff's complaint?" Greenblott, J. P., Kane, Main, Mikoll and Herlihy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD H. BRYAN, Petitioner, v PAUL METZ, as Superintendent of Great Meadow Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (subd [b], par 2) for order requiring respondent to show cause why defendant should not be released in his own recognizance or why bail pending appeal in the amount of $50,000 fixed by a Justice of the Supreme Court should not be reduced, denied. In our opinion, the amount of bail fixed by the court below was not excessive under the circumstances. Defendant's remedy is to promptly perfect his appeal from the judgment of conviction. Greenblott, J. P., Sweeney, Main, Larkin and Herlihy, JJ., concur.